[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
February 1, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-10202

_____

D. C. Docket No. 04-01186-CV-JTC-1

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,
AMERICAN BANKERS LIFE ASSURANCE COMPANY OF FLORIDA,
FORTIS BENEFITS INSURANCE COMPANY,
FIRST FORTIS LIFE INSURANCE COMPANY,
UNION SECURITY LIFE INSURANCE CO.,
UNITED FAMILY LIFE INSURANCE COMPANY,
AMERICAN RELIABLE INSURANCE COMPANY,
VOYAGER LIFE INSURANCE CO.,
VOYAGER LIFE AND HEALTH INSURANCE COMPANY,
VOYAGER INDEMNITY INSURANCE COMPANY,
VOYAGER PROPERTY AND CASUALTY INSURANCE COMPANY,

Plaintiffs-Appellants,

versus

CONTINENTAL CASUALTY COMPANY,
CONTINENTAL ASSURANCE COMPANY,
HARTFORD LIFE INSURANCE COMPANY,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

**(February 1, 2006)**

Before EDMONDSON, Chief Judge, BLACK and FAY, Circuit Judges.

PER CURIAM:

The judgment of the district court dismissing this action is affirmed for the

reasons set forth in the ORDER of that court dated December 22, 2004.

AFFIRMED.